**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:24-cv-81026-RS**

HOWARD COHAN,

Plaintiff,

vs.

ZACHLER 5255 LLC,

Defendant.
_______________________________________/

# NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, ZACHLER 5255 LLC ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 3rd day of October, 2024.

| | |
|---|---|
| BY: *s/ Jason S. Weiss*<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br><br>*Attorneys for Plaintiff* | BY: *s/ Stanley D. Klett, Jr.*<br>Stanley D. Klett, Jr.<br>Florida Bar No.: 435716<br>SKlett@jonesfoster.com<br>**JONES FOSTER**<br>4741 Military Trail, Suite 200<br>Jupiter, FL 33458<br>D: 561-650-8231<br>O: 561-659-3000<br><br>*Attorneys for Defendant* |